UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>　　　　　　　　Plaintiff,<br>　v.<br>**DAVID STEPHENS, DONALD LINN DANKS, JONATHAN DESTLER, and ROBERT LAZERUS,**<br>**Defendants, and**<br>**DANIEL SOLOMITA and 8198381 Canada, Inc.**<br>**Relief Defendants.** | Civil Action No.<br>22-CV-01483-AJB-DEB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.3.(c)3, please enter the appearance of Amy Harman Burkart as counsel for the plaintiff Securities and Exchange Commission (the "Commission") in the above-captioned matter.

Dated: September 30, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Amy Harman Burkart*
　　　　　　　　　　　　　　　　　　　 (Mass. Bar No. 651828)
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　33 Arch Street, 24th Floor
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　Telephone: (617) 573-5905 (Burkart direct)
　　　　　　　　　　　　　　　　　　　Facsimile: (617) 573-4590
　　　　　　　　　　　　　　　　　　　E-mail: BurkartA@sec.gov