UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff,<br>    v.<br><br>DAVID STEPHENS, DONALD LINN DANKS, JONATHAN DESTLER, and ROBERT LAZERUS,<br>Defendants, and<br>DANIEL SOLOMITA and 8198381 Canada, Inc.<br>Relief Defendants. | Civil Action No.<br>22-CV-01483-AJB-DEB |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 28, 2023 (Dkt No. 24), the parties file this joint status report to inform the Court of the status of the criminal case and whether a continued stay should remain in effect. The parties filed the initial status report on July 28, 2023, and have continued to regularly file status reports since that time, in accordance with the Court's Order.

On December 2, 2024, the Honorable Cynthia Bashant, who is presiding in the parallel criminal case against Defendants in this matter, *United States v. Stephens, et al.*, 22-cr-2701 BAS (S.D. Cal. 2022), granted a Rule 29 dismissal of Defendants Destler and Lazerus. The retrial of Defendant Danks was scheduled for June 2, 2025.[1] On May 9, 2025, upon a motion from the defense, the Court continued the trial to August 25, 2025.

Following the December 2024 developments in the criminal case, counsel for the Commission engaged with counsel for all parties to discuss the outcome of the criminal case and potential next steps as to each of the non-relief Defendants. As the discussions are ongoing and

---

[1] Defendant Stevens is in Canada and has not yet appeared in the United States in the criminal case.

the criminal matter is still pending, it is the position of the parties that the Court's Order granting the motion to stay the civil proceedings should remain in effect at this time.

Dated: May 19, 2025                     Respectfully submitted,

/s/ Amy Harman Burkart
Amy Harman Burkart
Kathleen Shields
Senior Trial Counsel
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-5905 (Burkart direct)
BurkartA@sec.gov
(Mass. Bar No. 651828)

/s/ Mark Gustafson
Mark Gustafson (CSB # 198902)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
mgustafson@whitecase.com

Claudine Columbres (*Pro Hac Vice*)
ccolumbres@whitecase.com
Tami Stark (*Pro Hac Vice*)
tami.stark@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Attorneys for Relief Defendants
Daniel Solomita and 8198381 Canada, Inc.*

/s/ David S. Hunt
David S. Hunt
66 Exchange Place, Suite 201
Salt Lake City, Utah 84111
dh@hunt-pc.com
*Attorney for Jonathan Destler*

/s/ *Patrick Q. Hall*
Patrick Q. Hall
402 West Broadway, Suite 1560
San Diego, CA 92101
pat@pqhlaw.com

*Attorney for Donald Danks*

/s/ *A. John Murphy*
A. John Murphy
Murphy & Weiner P.C.
35 Tamalpais Avenue
San Anselmo, CA 94960
Telephone: 415-601-1112
jmurphy@murphyweiner.com

*Attorney for Robert Lazerus*


/s/ *Thomas Puzzo*
*Thomas E. Puzzo*
Law Offices of Thomas E. Puzzo, PLLC
3823 44th Ave. NE
Seattle, Washington 98105
tpuzzo@puzzolaw.com

*Attorney for David Stephens*