AMY HARMAN BURKART (Mass Bar No. 651828)
Email: BurkartA@sec.gov
KATHLEEN BURDETTE SHIELDS (Mass Bar No. 637438)
Email: ShieldsKa@sec.gov
AMY GWIAZDA (Mass Bar No. 663494)
Email: GwiazdaA@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8900
Facsimile: (617) 573-4590

Local Counsel
KATHRYN WANNER (CA Bar. No. 269310)
Email: WannerK@sec.gov
Securities and Exchange Commission
444 S. Flower St., Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN DESTLER<br><br>Defendant. | Case No. 22-cv-01483-AJB-DEB |

Plaintiff Securities and Exchange Commission ("SEC") hereby provides notice of voluntary dismissal of this action as to Jonathan Destler.

The SEC filed the action against Destler and other Defendants on September 30, 2022. Dkt. No. 1. In November 2022, the United States filed an indictment against Destler and other Defendants that was based on similar facts. *See United*

1

*States v. Stephens, et. al.*, 22-cr-2702-BAS (S.D. Cal. 2022). On April 28, 2023, the Court stayed this action pending resolution of the related criminal case. Dkt. No. 24. In December 2024, the charges against Destler in *U.S. v. Stephens* were dismissed pursuant to Rule 29 of the Federal Rules of Criminal Procedure. The SEC has since reviewed the relevant facts and circumstances related to the charges related to Destler in the instant action. Destler has not answered the complaint and has not filed a motion for summary judgment. Thus, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the SEC may voluntarily dismiss the action without a court order.  The SEC hereby voluntarily dismisses this action as to Jonathan Destler.

 Dated:  July 8, 2025

*s/ Amy Harman Burkart*
AMY HARMAN BURKART (Mass Bar No. 651828)
KATHLEEN BURDETTE SHIELDS (Mass Bar No.  637438)
WILLIAM J. DONAHUE (Mass Bar No. 631229)
ALICIA REED (NY Bar No. 4913596)
AMY GWIAZDA (Mass Bar No. 663494)
(617) 573-8904 (Shields Direct)
(617) 573-5905 (Burkart Direct)
Facsimile: (617) 573-4590

Attorneys for Plaintiff
Securities and Exchange Commission