UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>     v.<br>DAVID STEPHENS, DONALD LINN DANKS, JONATHAN DESTLER, and ROBERT LAZERUS,<br>Defendants, and<br>DANIEL SOLOMITA and 8198381 Canada, Inc.<br>Relief Defendants. | Civil Action No.<br>22-CV-01483-AJB-DEB |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 28, 2023 (Dkt No. 24), the parties file this joint status report to inform the Court of the status of the criminal case and whether a continued stay should remain in effect. The parties filed the initial status report on July 28, 2023, and have continued to regularly file status reports since that time, in accordance with the Court's Order.

The trial against Defendant Danks in the parallel criminal matter, *United States v. Stephens, et al.*, 22-cr-2701 BAS (S.D. Cal. 2022), is scheduled for August 25, 2025.[1]

As the criminal matter is still pending, and the parties have continued to engage in discussions regarding next steps, it is the position of the parties that the Court's Order granting the motion to stay the civil proceedings should remain in effect at this time.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Amy Harman Burkart*
Amy Harman Burkart
Kathleen Shields
Senior Trial Counsel
Securities and Exchange Commission

---

[1] Defendant Stevens is in Canada and has not yet appeared in the United States in the criminal case.

33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-5905 (Burkart direct)
BurkartA@sec.gov
(Mass. Bar No. 651828)

<u>/s/ Mark Gustafson</u>
Mark Gustafson (CSB # 198902)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
mgustafson@whitecase.com

Claudine Columbres (*Pro Hac Vice*)
ccolumbres@whitecase.com
Tami Stark (*Pro Hac Vice*)
tami.stark@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Attorneys for Relief Defendants*
*Daniel Solomita and 8198381 Canada, Inc.*

<u>/s/ Patrick Q. Hall</u>
Patrick Q. Hall
402 West Broadway, Suite 1560
San Diego, CA 92101
pat@pqhlaw.com
*Attorney for Donald Danks*

<u>/s/ A. John Murphy</u>
A. John Murphy
Murphy & Weiner P.C.
35 Tamalpais Avenue
San Anselmo, CA 94960
Telephone: 415-601-1112
jmurphy@murphyweiner.com
*Attorney for Robert Lazerus*

<u>/s/ Thomas Puzzo</u>
*Thomas E. Puzzo*
Law Offices of Thomas E. Puzzo, PLLC
3823 44th Ave. NE
Seattle, Washington 98105
tpuzzo@puzzolaw.com
*Attorney for David Stephens*