UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>　v.<br>DAVID STEPHENS, DONALD LINN DANKS, JONATHAN DESTLER, and ROBERT LAZERUS,<br>Defendants, and<br>DANIEL SOLOMITA and 8198381 Canada, Inc.<br>Relief Defendants. | Civil Action No.<br>22-CV-01483-AJB-DEB |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 28, 2023 (Dkt No. 24), the parties file this joint status report to inform the Court of the status of the criminal case and whether a continued stay should remain in effect. The parties filed the initial status report on July 28, 2023, and have continued to regularly file status reports since that time, in accordance with the Court's Order.

The trial against Defendant Danks in the parallel criminal matter, *United States v. Stephens, et al.*, 22-cr-2701 BAS (S.D. Cal. 2022) was scheduled for August 25, 2025, but was rescheduled on the eve of trial due to a change in counsel for Defendant Danks.[1] On Friday, September 26, 2025, the Court rescheduled the trial for February 23, 2026.

As the criminal matter is still pending, and the parties have continued to engage in discussions regarding next steps, it is the position of the parties that the Court's Order granting the motion to stay the civil proceedings should remain in effect at this time.[2]

---

[1] Defendant Stevens is in Canada and has not yet appeared in the United States in the criminal case.

[2] Not all parties have affirmatively confirmed their continued position as of the time of this filing, but the parties have consistently done so since 2023, and none have indicated that they no longer support the current status.

Dated: September 29, 2025				Respectfully submitted,

/s/ Amy Harman Burkart
Amy Harman Burkart
Kathleen Shields
Senior Trial Counsel
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-5905 (Burkart direct)
BurkartA@sec.gov
(Mass. Bar No. 651828)

/s/ Mark Gustafson
Mark Gustafson (CSB # 198902)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
mgustafson@whitecase.com

Claudine Columbres (*Pro Hac Vice*)
ccolumbres@whitecase.com
Tami Stark (*Pro Hac Vice*)
tami.stark@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Attorneys for Relief Defendants*
*Daniel Solomita and 8198381 Canada, Inc.*

/s/ Patrick Q. Hall
Patrick Q. Hall
402 West Broadway, Suite 1560
San Diego, CA 92101
pat@pqhlaw.com
*Attorney for Donald Danks*

/s/ A. John Murphy
 A. John Murphy
 Murphy & Weiner P.C.
 35 Tamalpais Avenue
 San Anselmo, CA 94960
 Telephone: 415-601-1112
 jmurphy@murphyweiner.com
*Attorney for Robert Lazerus*

/s/ *Thomas Puzzo*
*Thomas E. Puzzo*
Law Offices of Thomas E. Puzzo, PLLC
3823 44th Ave. NE
Seattle, Washington 98105
tpuzzo@puzzolaw.com
*Attorney for David Stephens*